171 So. 926

**Mattie THOMAS v. STATE.**

**6 Div. 15.**

Court of Appeals of Alabama.

Dec. 15, 1936.

RICE, Judge.

Appeal dismissed.

170 So. 915

**Rudolph THOMAS v. STATE.**

**I Div. 261.**

Court of Appeals of Alabama.

Oct. 27, 1936.

RICE, Judge.

Affirmed.

164 So. 926

**William THOMAS v. STATE.**

**4 Div. III.**

Court of Appeals of Alabama.

Nov. 12, 1935.

BRICKEN, Presiding Judge.

Appeal dismissed.

171 So. 926

**H. G. THOMPSON v. STATE.**

**6 Div. 48.**

Court of Appeals of Alabama.

.Dec. 15, 1936.

SAMFORD, Judge.

Appeal dismissed.

173 So. 925

**Lawton THOMPSON v. STATE.**

**8 Div. 437.**

Court of Appeals of Alabama.

Jan. 26, 1937.

RICE, Judge.

Affirmed.

167 So. 925

**Woodie THOMPSON v. STATE.**

**8 Div. 181.**

Court of Appeals of Alabama.

Feb. 25, 1936.

SAMFORD, Judge.

Appeal dismissed.

175 So. 923

**Eugene (alias Red) THORNTON v. STATE.**

**7 Div. 284.**

Court of Appeals of Alabama.

June 19, 1937.

PER CURIAM.

Abated on account of death of appellant.

167 So. 925

**Matthew THORNTON v. STATE.**

**4 Div. 221.**

Court of Appeals of Alabama.

April 14, 1936.

BRICKEN, Presiding Judge.

Appeal dismissed.